UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LORI ROBERTSON,<br><br>Defendant | ) Criminal No. 25-CR-10418-PBS-1<br>)<br>) Violation:<br>)<br>) Count One:<br>) Tampering with a Consumer Product<br>) (18 U.S.C. § 1365(a)(4))<br>)<br>) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. Defendant LORI ROBERTSON ("ROBERTSON") was a resident of Salem, New Hampshire.

2. ROBERTSON was a registered nurse licensed in the Commonwealth of Massachusetts. ROBERTSON worked as a nurse at a long-term care and rehabilitation facility in Amesbury, Massachusetts (the "Rehabilitation Center"). The Rehabilitation Center provided long-term chronic care and post-acute care to patients.

3. Oxycodone hydrochloride ("oxycodone") was a Schedule II controlled substance, and an opioid used for pain relief.

4. Mallinckrodt Pharmaceuticals was a manufacturer of various controlled substances, including oxycodone. Mallinckrodt produced oxycodone outside of Massachusetts.

1

## ROBERTSON's Tampering

5. In her capacity as a nurse, ROBERTSON had access to oxycodone and other opioids prescribed to patients at the Rehabilitation Center.

6. While working at the Rehabilitation Center, ROBERTSON treated multiple patients, including Patient 1, a non-verbal hospice and dementia patient, who was prescribed oxycodone.

7. On or about March 31, 2025, ROBERTSON treated Patient 1 and had access to Patient 1's prescribed oxycodone.

8. ROBERTSON tampered with the oxycodone by removing oxycodone from the bottle with a syringe and replacing the removed liquid with a household cleaner.

## COUNT ONE
### Tampering with a Consumer Product
### (18 U.S.C. § 1365(a)(4))

The Grand Jury charges:

9. The Grand Jury realleges and incorporates by reference paragraphs 1-8 of this Indictment.

10. On or about March 31, 2025, in the District of Massachusetts, the defendant,

### LORI ROBERTSON,

with reckless disregard for the risk that another person would be placed in danger of death and bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate commerce, to wit: one bottle of oxycodone prescribed to Patient 1 bearing an expiration date of 2026/09 and Lot Number 8557H21824, and with the labeling and container for the product by removing oxycodone from the bottle and replacing the removed liquid with a household cleaner.

All in violation of Title 18, United States Code, Section 1365(a)(4).

A TRUE BILL

_____
FOREPERSON


_____
Neil J. Gallagher, Jr.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: October 30, 2025
Returned into the District Court by the Grand Jurors and filed.

/s/ Alexandra Traganos
_____
DEPUTY CLERK